UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEAMSTERS LOCAL 456 PENSION, HEALTH & WELFARE, ANNUITY, EDUCATION & TRAINING, INDUSTRY ADVANCEMENT, and LEGAL SERVICES FUNDS by Louis A. Picani, Joseph Sansone, Dominick Cassanelli, Jr., Saul Singer, Ross Pepe, and Jeffrey Isaacs as Trustees and fiduciaries of the Funds, and WESTCHESTER TEAMSTERS LOCAL UNION NO. 456,<br><br>Plaintiffs,<br><br>-against-<br><br>REGIONAL TRUCKING, INC. a/k/a REGIONAL TRUCKING INC. and AUTUMN MOSCA, INDIVIDUALLY,<br><br>Defendants. | **ORDER**<br><br>20-CV-02386 (PMH) |

PHILIP M. HALPERN, United States District Judge:

Plaintiffs' pending motion, described on the docket as a "motion for entry of default," seeks a certificate of default from the Clerk of the Court. (Doc. 12). A formal motion to the Court is not required for a certificate of default. Accordingly, the motion is denied as moot.

The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 12.

                                        **SO ORDERED:**

Dated: New York, New York
           January 6, 2021

                                        PHILIP M. HALPERN
                                        United States District Judge